Paul W. Shakespear
Nevada Bar No. 10752
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702)784-5252
Email: pshakespear@swlaw.com
Email: baustin@swlaw.com

*Attorneys for Defendant and Counter-Plaintiff
Cirrus Design Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRRUS AVIATION SERVICES, LLC,<br><br>  Plaintiff and Counter-Defendant,<br><br>v.<br><br>CIRRUS DESIGN CORPORATION,<br><br>  Defendant and Counter-Plaintiff. | Case No. 2:16-cv-2656-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between the parties, through their respective counsel, that the time for the parties to submit their joint discovery plan and scheduling order may be extended from May 25, 2018, to June 1, 2018. Good cause exists for this extension, to allow counsel sufficient time to confer with their respective clients regarding various provisions in the joint discovery plan following the 26(f) conference, which was held on May 22, 2018.

///

4813-8419-9008\4

1   This is the first stipulation for extension of time to file the discovery plan and scheduling
2   order.  This stipulation is filed in good faith and is not intended to cause delay.

|  |  |
|---|---|
| DATED: May 24, 2018. | DATED: May 24, 2018. |
| SNELL & WILMER L.L.P. | FOX ROTHSCHILD LLP |
| By:  /s/ *Bradley T. Austin* | By:   /s/ *Kevin M. Sutehall* |
| Paul W. Shakespear<br>Nevada Bar No. 10752<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169 | Kevin M. Sutehall<br>Nevada Bar No. 9437<br>Mark J. Connot<br>Nevada Bar No. 10010<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 |
| J. Michael Keyes (*pro hac vice*)<br>Dorsey & Whitney LLP<br>701 5th Avenue, Suite 6100<br>Seattle, WA 98104-7043 | *Attorney for Cirrus Aviation Services, LLC* |
| Theresa M. Bevilacqua  (*pro hac vice* to be filed)<br>Jamie Nafziger (*pro hac vice* to be filed)<br>Tiana M. Towns (*pro hac vice* to be filed)<br>Dorsey & Whitney LLP<br>50 S 6th St., Suite 1500<br>Minneapolis, MN 55402-1498 |  |
| *Attorneys for Cirrus Design Corporation* |  |

**IT IS SO ORDERED:**

/s/ *George Foley Jr.*
United States Magistrate Judge

DATED: 5/25/2018

4812-2756-0038

- 2 -

4813-8419-9008\4