UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CIRRUS AVIATION SERVICES, LLC,

    Plaintiff(s),

vs.

CIRRUS DESIGN CORPORATION,

    Defendant(s).

Case #2:16-cv-02656-JAD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Theresa M. Bevilacqua_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dorsey & Whitney LLP_____
(firm name)

with offices at _____50 South Sixth Street, Suite 1500_____,
(street address)

__Minneapolis__, __Minnesota__, __55402__,
(city) (state) (zip code)

__(612) 340-7883__, __bevilacqua.theresa@dorsey.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Cirrus Design Corporation__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 26, 2001 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Minnesota (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, District of Minnesota | December 13, 2001 | 31500X |
| USDC, District of Colorado | May 27, 2014 | |
| USDC, E.D. Wisconsin | November 14, 2014 | |
| 8th Circuit Court of Appeals | July 19, 2004 | |
| 9th Circuit Court of Appeals | January 25, 2011 | |
| Supreme Court of the United States | January 14, 2013 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Minnesota State Bar Association and Hennepin County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
4  _____
                    Petitioner's signature

STATE OF ____Minnesota____ )
                           )
COUNTY OF ____HENNEPIN____ )

7  ____Theresa M. Bevilacqua____, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9  _____
                    Petitioner's signature

10 Subscribed and sworn to before me this

11 16th day of October, 2018.

12
13 _____Deanna J Bianchi-Rossi_____
   Notary Public or Clerk of Court

   DEANNA L BIANCHI-ROSSI
   NOTARY PUBLIC - MINNESOTA
   MY COMMISSION EXPIRES 01/31/2020

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Paul W. Shakespear____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Snell & Wilmer LLP, 3883 Howard Hughes Parkway, Suite 1100____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
   (city)              (state)       (zip code)

____(702) 784-5254____, ____pshakespear@swlaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Paul W. Shakespear_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Larry Oleksa
(type or print party name, title)

_____
(party's signature)

Assistant ~~Deputy~~ General Counsel, Cirrus Design Corporation
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10752               pshakespear@swlaw.com
Bar number          Email address

APPROVED:

Dated: October 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**THERESA M BEVILACQUA**

was admitted to practice in this court on
May 27, 2014
and is in good standing with no disciplinary history.

Dated: October 12, 2018

_____
Jeffrey P. Colwell, Clerk

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

THERESA MARIE BEVILACQUA

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2001

Given under my hand and seal of this court on

October 12, 2018

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration

AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, STEPHEN C. DRIES, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that Theresa M. Bevilacqua, Bar #31500X, was duly admitted to practice in this Court on November 14, 2014, and is in good standing as a member of the Bar of this Court. I further certify that there are no disciplinary actions on file with this court.

Dated at     Milwaukee, Wisconsin

on     October 15, 2018

Stephen C. Dries
Clerk of Court

By: *[signature]*
Deputy Clerk

# Supreme Court of the United States
OFFICE OF THE CLERK
WASHINGTON, D.C. 20543



# THERESA MARIE BEVILACQUA,
## #285749
# OF MINNEAPOLIS, MN

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the fourteenth day of January, in the year two thousand and thirteen, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this sixteenth day of October 2018.

*Scott S. Harris*
Clerk of the Supreme Court
of the United States

By Shareem Hill-Raymond

Assistant Admissions Officer

# CERTIFICATE OF GOOD STANDING

United States of America     \*
Court of Appeals     \*    ss.
for the Eighth Circuit     \*

I, *Michael E. Gans*, Clerk of the United States Court of Appeals for the Eighth Circuit, DO HEREBY CERTIFY That **Theresa M. Bevilacqua** was duly admitted to practice in said Court on **July 19, 2004** and is in good standing in said Court.

**Dated at St. Louis, Missouri
on October 16, 2018.**

*Michael E. Gans*
**Clerk of Court**
by Robin J. Weinberger
**By** _____
*Chief* **Deputy Clerk**





Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Theresa Marie Bevilacqua was duly admitted to practice in this Court on January 20, 2011 and is in good standing in this Court.

Dated at San Francisco, California on October 16, 2018.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit