Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Email: mmccue@lrrc.com
Email: mzhong@lrrc.com

*Attorneys for Defendant and Counter-Plaintiff
Cirrus Design Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRRUS AVIATION SERVICES, LLC, | )<br>) |
| Plaintiff/Counter-Defendant, | ) Case No. 2:16-cv-02656-JAD-GWF<br>) |
| vs. | ) **SUBSTITUTION OF ATTORNEYS FOR**<br>) **DEFENDANT/COUNTER-PLAINTIFF** |
| CIRRUS DESIGN CORPORATION, | ) |
| Defendant/Counter-Plaintiff. | )<br>) |

Defendant/Counter-Plaintiff CIRRUS DESIGN CORPORATION ("Cirrus Design") hereby authorizes the substitution of Lewis Roca Rothgerber Christie LLP in place of Snell & Wilmer LLP as local counsel in this action. The law firm of Dorsey & Whitney LLP shall remain as lead counsel for Cirrus Design.

DATED this 4th day of January, 2019.

Cirrus Design Corporation

By: _____
Larry Oleksa
Assistant General Counsel

///

///

///

///

106956192_1

Snell & Wilmer LLP hereby consents to the substitution of Lewis Roca Rothgerber Christie LLP in our place as local counsel of record for Cirrus Design in this action.

DATED this 4th day of January, 2019.

SNELL & WILMER LLP

By: /s/ Paul W. Shakespear
Paul W. Shakespear (SBN: 10752)
Bradley T. Austin (SBN: 13064)
3883 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
E-mail: pshakespear@swlaw.com
E-mail: baustin@swlaw.com

Lewis Roca Rothgerber Christie LLP hereby consents to its substitution in place of Snell & Wilmer LLP as local counsel of record for Cirrus Design in this action.

DATED this 4th day of January, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Michael J. McCue
Michael J. McCue (SBN: 6055)
Meng Zhong (SBN: 12145)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated   1/07/2019