MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: 702-699-5924
Fax: 702-597-5503
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
*Attorneys for Plaintiff Cirrus Aviation Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRRUS AVIATION SERVICES, LLC, | Case No. 2:16-cv-02656-JAD-GWF |
| Plaintiff and Counter-Defendant, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| CIRRUS DESIGN CORPORATION, | |
| Defendant and Counter-Claimant. | |

Pursuant to LR IA 11-6, FOX ROTHSCHILD LLP ("Fox"), attorneys for Plaintiff Cirrus Aviation Services, LLC ("Plaintiff"), provides notice and moves for relief as follows:

Teodora Hrissimiro Popova is no longer associated with Fox. Fox requests that she be removed as counsel for Plaintiff and the email address of tpopova@foxrothschild.com be removed from the electronic service list in this case.

Dennis E. Hansen is no longer associated with Fox. Fox requests that he be removed as counsel for Plaintiff and removed from the service list in this case.

Aaron Mills Scott is an attorney at Fox who appeared only in the related Minnesota action. Fox requests that Mr. Scott be removed as counsel for Plaintiff and removed from the service list in this case.

//

//

Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

Fox continues to serve as counsel for Cirrus Aviation Services, LLC. Fox requests that all future correspondence, papers and future notices in this action continue to be directed to Mark J. Connot and Kevin M. Sutehall.

DATED this 8th day of February, 2019.

FOX ROTHSCHILD LLP


*/s/ Kevin M. Sutehall*
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
*Attorneys for Plaintiff Cirrus Aviation Services, LLC*

**IT IS SO ORDERED** this 11th ___ day of February, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**