MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: 702-699-5924
Fax: 702-597-5503
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
*Attorneys for Plaintiff Cirrus Aviation Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CIRRUS AVIATION SERVICES, LLC,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>CIRRUS DESIGN CORPORATION,<br><br>Defendant/Counter-Claimant. | Case No. 2:16-cv-02656-JAD-EJY<br><br>**STIPULATION AND ORDER PERMITTING AMENDMENT TO COMPLAINT AND VACATING MOTION TO AMEND** |

Plaintiff Cirrus Aviation Services LLC ("Plaintiff" or "Cirrus Aviation") by and through its counsel of record, Fox Rothschild LLP, and Defendant Cirrus Design Corporation ("Defendant" or "Cirrus Design"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On August 2, 2019, Plaintiff filed a Motion to Amend [ECF No. 62]. Attached as Exhibits 1 and 2 to the Motion to Amend were blueline and clean copies of the proposed amended complaint. The Motion to Amend sought to revise certain factual allegations based on facts and evidence discerned after Plaintiff filed its Complaint [ECF No. 1], including facts learned in discovery.

2. After Plaintiff filed the Motion to Amend, counsel for Plaintiff and Defendant consulted about a possible stipulation to permit Plaintiff to file a revised amended complaint which differed slightly from the version attached to the Motion to Amend. As a result of these

1

consultations, and in order to avoid the expense of an opposed Motion to Amend, the parties reached this stipulation.

3. Accordingly, the parties stipulate pursuant to FRCP 15(a)(2) that Plaintiff is permitted to amend its complaint in the form of the proposed amended complaint attached to this stipulation as Exhibit 1.

4. The parties further stipulate that Defendant will have 14 days from the date the Court grants this stipulation to respond to the amended complaint.

IT IS SO STIPULATED.

DATED: August 15, 2019

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
*Attorneys for Plaintiff/Counter-Defendant Cirrus Aviation Services, LLC*

DATED: August 15, 2019

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Meng Zhong*
MICHAEL J. McCUE (6055)
MENG ZHONG (12145)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant/Counter-Claimant Cirrus Design Corporation*

GOOD CAUSE APPEARING, it is ordered that Plaintiff is granted leave to file its First Amended Complaint in the form attached to this stipulation. It is further ordered that Defendant will have 14 days from the date of this order to file its answer to the First Amended Complaint.

**IT IS SO ORDERED**

U.S. Magistrate Judge
DATE: August 16, 2019

2