MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: 702-699-5924
Fax: 702-597-5503
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
*Attorneys for Plaintiff Great Western Air, LLC*
*doing business as Cirrus Aviation Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT WESTERN AIR, LLC doing business as CIRRUS AVIATION SERVICES, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CIRRUS DESIGN CORPORATION, <br><br> Defendant/Counter-Claimant. | Case No. 2:16-cv-02656-JAD-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES CONCERNING PENDING MOTIONS** |

Plaintiff Great Western Air, LLC doing business as Cirrus Aviation Services, LLC ("Plaintiff") by and through its counsel of record, Fox Rothschild LLP, and Defendant Cirrus Design Corporation ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 16, 2019, Plaintiff filed a Motion to Strike Disclosure and Designation of Defendant's Non-Retained Expert Witness Ben Kowalski [ECF No. 66] ("Plaintiff's Motion to Strike"). Defendant's last day to respond Plaintiff's Motion to Strike is currently August 30, 2019.

WHEREAS, on August 16, 2019, Defendant filed a Motion to Strike the Expert Testimony of Reza Karamooz and Shai Cohen [ECF No. 67] ("Defendant's Motion to Strike"). Plaintiff's last day to respond to Defendant's Motion to Strike is currently August 30, 2019.

1

1     WHEREAS, on August 16, 2019, Defendant filed a Motion for Summary Judgment [ECF No. 68] ("Defendant's Motion for Summary Judgment"). Plaintiff's last day to respond to Defendant's Motion for Summary Judgment is currently September 6, 2019.

    WHEREAS, on August 27, 2019, Defendant's counsel consented to Plaintiff's counsel's request to extend the deadlines to respond to the foregoing motions by 14 days. The reasons for the extensions are not for delay, but rather to accommodate counsel's schedule.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. Plaintiff will have until September 13, 2019, to file its response to Defendant's Motions to Strike, an extension of 14 days.

2. Defendant will have until September 13, 2019, to file its response to Plaintiff's Motion to Strike, an extension of 14 days; and

3. Plaintiff will have until September 20, 2019, to file its response to Plaintiff's Motion for Summary Judgment, an extension of 14 days; and

///

///

///

///

///

///

///

1. 4. Replies in support of Defendant's Motions to Strike, Plaintiff's Motion to Strike, and Plaintiff's Motion for Summary Judgment will be due within seven days of service of responses to those motions pursuant to LR 7-2(b).

IT IS SO STIPULATED.

DATED: August 28, 2019

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
*Attorneys for Plaintiff/Counter-Defendant Great Western Air, LLC doing business as Cirrus Aviation Services, LLC*

DATED: August 28, 2019

**DORSEY & WHITNEY, LLC**

*/s/ Theresa M. Bevilacqua*
THERESA M. BEVILACQUA
(*Admitted pro hac vice*)
DAVID Y. TREVOR
(*Admitted pro hac vice*)
50 S. 6th Street, Ste. 1500
Minneapolis, MN 55402
bevilacqua.theresa@dorsey.com
trevor.david@dorsey.com

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
MICHAEL J. McCUE (6055)
MENG ZHONG (12145)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant and Counter-Plaintiff Cirrus Design Corporation*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 28, 2019.

3