**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Great Western Air, LLC, dba Cirrus Aviation Services, LLC,

        Plaintiff/Counterdefendant,

    v.

Cirrus Design Corporation,

        Defendant/Counterclaimant.

Case No. 2:16-cv-02656-JAD-EJY

**ORDER**

Before the Court is the Unopposed Motion for Leave to Appear Via Videoconference at Settlement Conference (ECF No. 92). Defendant Cirrus Design Corporation's representative is located in Duluth, Minnesota that, because of events related to COVID-19, leads to serious difficulty with air transportation to Las Vegas. Thus, Defendant's representative seeks to appear via videoconference for the settlement conference set for June 22, 2020. The Court grants Defendant's request to appear by videoconference; however, rather than having only one party participate by videoconference, the Court will require all parties to appear by videoconference.

Accordingly,

IT IS HEREBY ORDERED that Defendant Cirrus Design Corporation's Unopposed Motion for Leave to Appear Via Videoconference (ECF No. 92) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference currently set for Monday, June 22, 2020, at 9 a.m., shall be conducted through the Zoom videoconference platform.

IT IS FURTHER ORDERED that all participants in the settlement conference shall email the Court's courtroom deputy, Elvia Garcia, at Elvia_Garcia@nvd.uscourts.gov, no later than 12 noon on Thursday, June 18, 2020, and provide the email addresses of all respective participants. The courtroom administrator shall email all participants with the Zoom link.

IT IS FURTHER ORDERED that persons granted with remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court

proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary to the Court.

        Dated this 10th day of June, 2020.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE