MARK J. CONNOT (SBN 10010)
MConnot@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 9437)
KSutehall@FoxRothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:     702.597.5503

Attorneys for Plaintiff
Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT WESTERN AIR, LLC d/b/a CIRRUS AVIATION SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CIRRUS DESIGN CORPORATION,<br><br>Defendants. | Case No. 2:16-cv-2656-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Great Western Air, LLC doing business as Cirrus Aviation Services, LLC ("Plaintiff") by and through its counsel of record, and Defendant Cirrus Design Corporation ("Defendant") (together the "Parties), by and through its counsel of record, hereby stipulate and agree as follows:

The Parties are continuing to jointly prepare, revise, and refine the Joint Pretrial Order which is currently due on or before July 9, 2021 [Dkt 104]. Given the recent July 4 holiday, as well as other commitments by counsel, the Parties stipulate and request that the Court extend the deadline to submit the Joint Pretrial Order by one week, until July 16, 2021.

/ / / /

This is the first stipulation for extension of time to file the Joint Pretrial Order.

IT IS SO STIPULATED.

DATED this 7th day of July, 2021.

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (SBN 10010)
KEVIN M. SUTEHALL (SBN 9437)
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135
Telephone:   702.262.6899
Facsimile:   702.597.5503

Attorneys for Plaintiff
Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC

DATED this 7th day of July, 2021.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Michael J. McCue*
MICHAEL J. MCCUE (SBN 6055)
MENG ZHONG (SBN 12145)
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone:   702.949.8200

DORSEY & WHITNEY LLP
THERESA M. BEVILACQUA (*Pro Hac Vice*)
50 S. 6th Street
Suite 1500
Minneapolis, Minnesota 55402
Telephone:   612.340.2600

Attorneys for Defendant Cirrus Design Corporation

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  July 9, 2021**