Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Theresa M. Bevilacqua (*pro hac vice*)
Tiana M. Towns (*pro hac vice* to be filed)
DORSEY & WHITNEY LLP
50 S 6th St., Suite 1500
Minneapolis, MN 55402-1498
Tele: (612) 340-2600
E-mail: bevilacqua.theresa@dorsey.com
E-mail: towns.tiana@dorsey.com

*Attorneys for Defendant and Counter-Plaintiff Cirrus Design Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT WESTERN AIR, LLC doing business as CIRRUS AVIATION SERVICES, LLC,<br><br>Plaintiff and Counter-Defendant<br><br>v.<br><br>CIRRUS DESIGN CORPORATION,<br><br>Defendant and Counter-Plaintiff. | Case No.:  2:16-cv-2656-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR REALIGNMENT OF PARTIES (ECF NO. 109)**<br><br>**(First Request)** |

Plaintiff/Counter-Defendant Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC, by and through its counsel of record and Defendant/Counter-Plaintiff Cirrus Design Corporation, by and through its counsel of record hereby stipulate to extend the time for Defendant to Reply in Support of Motion for Realignment of Parties from December 1, 2021 to December 8, 2021. This stipulation is the first request for extension to file the reply and is based on the fact that the original reply period overlapped with Thanksgiving.

**IT IS SO AGREED AND STIPULATED** this 1st day of December, 2021:

| | |
|---|---|
| LEWIS ROCA<br>ROTHGERBER CHRISTIE LLP<br><br>By:  /s/   Meng Zhong<br>Michael J. McCue | FOX ROTHSCHILD LLP<br><br><br>By:  /s/  Mark J. Connot<br>Mark J. Connot, Esq. |

116147171.1

| | |
|---|---|
| Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Defendant and Counter-Claimant Cirrus Design Corporation* | Kevin M. Sutehall, Esq.<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>mconnot@foxrothschild.com<br>ksutehall@foxrothschild.com<br><br>*Attorneys for Plaintiff and Counter-Defendant Cirrus Aviation Services, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2021

116147171.1