Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Theresa M. Bevilacqua (*pro hac vice*)
DORSEY & WHITNEY LLP
50 S 6th St., Suite 1500
Minneapolis, MN 55402-1498
Tele: (612) 340-2600
E-mail: bevilacqua.theresa@dorsey.com

*Attorneys for Defendant and Counter-Plaintiff Cirrus Design Corporation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT WESTERN AIR, LLC, doing business as CIRRUS AVIATION SERVICES, LLC,<br><br>    Plaintiff and Counter-Defendant<br><br>v.<br><br>CIRRUS DESIGN CORPORATION,<br><br>    Defendant and Counter-Plaintiff. | Case No.: 2:16-cv-2656-DJA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST** |

**PLEASE TAKE NOTICE** that, the following attorneys are no longer affiliated with this matter and are withdrawing as counsel for Defendant and Counter-Plaintiff Cirrus Design Corporation:

  J. Michael Keyes

  Jamie Nafziger

  Tiana Towns

  David Trevor

  Leaf Williams.

/ / /

117095244.1

Please remove these names from the CM/ECF notification list on this matter.

Theresa M. Bevilacqua of Dorsey & Whitney LLP and Michael J. McCue and Meng Zhong of Lewis Roca Rothgerber Christie LLP, who are counsel of record in this case, will still be counsel of record, remain on the Court's docket and continue to receive CM/ECF Notification on this matter.

Dated this 10th day of March, 2022.

> LEWIS ROCA ROTHGERBER CHRISTIE LLP
>
> By: /s/ *Meng Zhong*
> Michael J. McCue (Nevada Bar #6055)
> Meng Zhong (Nevada Bar #12145)
> 3993 Howard Hughes Parkway, Suite 600
> Las Vegas, NV 89169-5996
> E-mail: mmccue@lewisroca.com
> E-mail: mzhong@lewisroca.com
>
> Theresa M. Bevilacqua (*pro hac vice*)
> DORSEY & WHITNEY LLP
> 50 S 6th St., Suite 1500
> Minneapolis, MN 55402-1498
> E-mail: bevilacqua.theresa@dorsey.com
>
> *Attorneys for Defendant and Counter-Claimant Cirrus Design Corporation*

**IT IS SO ORDERED**.

DATED: March 11, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2022, and pursuant to FRCP 5(b), I caused a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL AND FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST** to be served by electronic service on the following:

> Mark J. Connot, Esq.
> Kevin M. Sutehall, Esq.
> FOX ROTHSCHILD LLP
> 1980 Festival Plaza Drive, Suite 700
> Las Vegas, NV  89135
> mconnot@foxrothschild.com
> ksutehall@foxrothschild.com

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Dated:  March 10, 2022.        /s/ Rebecca J. Contla
                                                An Employee of Lewis Roca
                                                Rothgerber Christie LLP

117095244.1

- 3 -