MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
AARON MILLS SCOTT *(Admitted Pro Hac Vice)*
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Plaintiff Great Western Air, LLC*
*d/b/a Cirrus Aviation Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT WESTERN AIR, LLC d/b/a CIRRUS AVIATION SERVICES, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> CIRRUS DESIGN CORPORATION, <br><br> Defendant/Counter-Claimant. | Case No. 2:16-cv-02656-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES ON PENDING MOTION (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff/Counter-Defendant Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC, and Defendant/Counter-Claimant Cirrus Design Corporation by and through their undersigned counsel, as follows:

1.  On February 3, 2023, Defendant/Counter-Claimant Cirrus Design Corporation filed a Motion to Amend or Add Findings and/or Rule 59 Motion for a New Trial [ECF No. 184].

2.  The deadline for Plaintiff/Counter-Defendant Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC to respond to Defendant Counter-Claimant Cirrus Design Corporation's motion is February 17, 2023. The deadline for Defendant/Counter-Claimant Cirrus Design Corporation to file a reply is February 24, 2023.

1

142648741.1

3. The parties have agreed to extend the deadlines for Plaintiff/Counter-Defendant Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC to respond to Defendant/Counter-Plaintiff Cirrus Design Corporation's Rule 52 Motion to Amend or Add Findings and/or Rule 59 Motion for a New Trial and for Defendant/Counter-Claimant Cirrus Design Corporation to reply.

4. The parties have agreed that Plaintiff/Counter-Defendant Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC shall file and serve its response, including any memorandum of points and authorities, affidavits, and/or exhibits, to Defendant/Counter-Plaintiff Cirrus Design Corporation's Rule 52 Motion to Amend or Add Findings and/or Rule 59 Motion for a New Trial on or before March 3, 2023. Defendant/Counter-Claimant Cirrus Design Corporation shall file its reply on or before March 17, 2023.

5. This is the first stipulation for extension of the time to respond to Defendant/Counter-Claimant Cirrus Design Corporation's filed Motion to Amend or Add Findings and/or Rule 59 Motion for a New Trial. This request is not intended to cause delay or prejudice any party.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that the time for Plaintiff/Counter-Defendant Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC to respond to Defendant/Counter-Plaintiff Cirrus Design Corporation's Rule 52 Motion to Amend or Add Findings and/or Rule 59 Motion for a New Trial shall be extended to March 3, 2023.

**IT IS FURTHER STIPULATED AND AGREED** by and between the Parties that the time for Defendant/Counter-Claimant Cirrus Design Corporation, LLC to file a reply on its Rule 52 Motion to Amend or Add Findings and/or Rule 59 Motion for a New Trial shall be extended to March 17, 2023.

/ / /

/ / /

/ / /

/ / /

142648741.1

| | |
|---|---|
| 1 | DATED this 9th day of February, 2023. | DATED this 9th day of February, 2023. |

DATED this 9th day of February, 2023.

**FOX ROTHSCHILD LLP**

/s/ Mark J. Connot
Mark J. Connot (#10010)
Colleen E. McCarty (#13186)
Aaron Mills Scott (*Pro Hac Vice*)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
ascott@foxrothschild.com
*Attorneys for Plaintiff Great Western Air, LLC d/b/a Cirrus Aviation Services, LLC*

DATED this 9th day of February, 2023.

**HOLLAND & HART LLP**

J. Stephen Peek (#1758)
9555 Hillwood Dr. 2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4600
speek@hollandhart.com

Michael J. McCue (#6055)
Meng Zhong (#12145)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway,
Suite 600 Las Vegas, NV 89169-5996
Telephone: (702) 949-8200
mmccue@lewisroca.com
mzhong@lewisroca.com

/s/ Theresa M. Bevilacqua
Theresa M. Bevilacqua (*Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
50 S 6th St., Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
bevilacqua.theresa@dorsey.com
*Attorneys for Defendant and Counter-Plaintiff Cirrus Design Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 13, 2023

3

142648741.1